**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1780**

_____

EDWARD G. SHLIKAS,

        Plaintiff - Appellant,

    v.

SLM CORPORATION (Sallie Mae); UNITED STATES DEPARTMENT OF
EDUCATION,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William D. Quarles, Jr., District
Judge.  (1:09-cv-02806-WDQ)

_____

Submitted:  November 19, 2013     Decided:  November 21, 2013

_____

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward G. Shlikas, Appellant Pro Se.  Rand Lewis Gelber, LAW
OFFICES OF RAND L. GELBER, Rockville, Maryland; Larry David
Adams, Assistant United States Attorney, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward G. Shlikas appeals the district court's orders denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shlikas v. SLM Corp, No. 1:09-cv-02806-WDQ (D. Md. Aug. 25, 2010; May 25, 2011; May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED